**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01253-CV

**G.T., L.T., INDIVIDUALLY AND A/N/F OF THE MINOR O.T., ET AL., Appellants**

**V.**

**DARIUS MCCLINTON-HUNTER, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

We **GRANT** appellee's July 7, 2014 motion to permit filing of surreply and **ORDER** the

surreply brief received July 1, 2014 filed as of the date of this order. No further briefing shall be

filed unless ordered by the Court.

        /s/      ELIZABETH LANG-MIERS
                   JUSTICE